UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DR. RATH HEALTH PROGRAMS USA B.V., a Dutch corporation; DR. MATTHIAS RATH, an individual, citizen of Germany,<br><br>Plaintiffs,<br><br>vs.<br><br>JUVENON, INC., a California corporation,<br><br>Defendant. | Case No: C 06-2548 SBA<br><br>[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE, AND STIPULATION FOR DISMISSAL OF COUNTERCLAIM WITHOUT PREJUDICE, PURSUANT TO SETTLEMENT AGREEMENT |

Pursuant to the Parties' Stipulations for Dismissal dated September 19, 2006, IT IS HEREBY ORDERED THAT this Complaint is dismissed in its entirety with prejudice, and the Counterclaim is dismissed in its entirety without prejudice, each party bearing its own costs and attorneys fees.

Pursuant to Stipulation, IT IS SO ORDERED.

Date: ___9-22-___, 2006

*Sandra B Armstrong*
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE, AND STIPULATION FOR DISMISSAL OF COUNTERCLAIM WITHOUT PREJUDICE, PURSUANT TO SETTLEMENT AGREEMENT
CASE NO. C 06-2548 SBA
sf-2195786

1